UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES CATO, | No. 2:14-cv-0959 TLN KJN P |
| Plaintiff, | |
| v. | ORDER |
| M. DARST, et al., | |
| Defendants. | |

Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action seeking relief pursuant to 42 U.S.C. § 1983.

On June 12, 2014, plaintiff filed a motion for leave to amend his complaint. Plaintiff's motion was not, however, accompanied by a proposed amended complaint. As a prisoner, plaintiff's pleadings are subject to evaluation by this court pursuant to the in forma pauperis statute. See 28 U.S.C. § 1915A. Because plaintiff did not submit a proposed amended complaint, the court is unable to evaluate it.

Accordingly, IT IS HEREBY ORDERED that plaintiff's June 12, 2014 motion for leave to amend (ECF No. 13) is denied without prejudice.

Dated: June 25, 2014

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Cat959.10b

1