UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES CATO,

       Plaintiff,

vs.

M. DARST, et al.,

       Defendants.
       /

No.  2:14-cv-0959 TLN KJN P

**ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

       James Cato, inmate H-35663, a necessary and material witness in proceedings in this case on October 29, 2015, is confined in California Substance Abuse Treatment Facility and State Prison, in the custody of the Warden; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before the Honorable Kendall J. Newman, to appear by telephone-conferencing at California Substance Abuse Treatment Facility, October 29, 2015, at 3:00 p.m.

       ACCORDINGLY, IT IS ORDERED that:

       1.  A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify by telephonic-conferencing before the United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court;

       2.  The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

       3.  The clerk of court shall send a courtesy copy by fax to the Litigation Coordinator at California Substance Abuse Treatment Facility and State Prison at (559) 992-7191.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To:  The Warden, California Substance Abuse Treatment Facility, 900 Quebec Avenue, P.O. Box 7100, Corcoran, California, 93212:**

       **WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above by telephonic-conferencing, and from day to day until completion of the proceedings or as ordered by the court.

       **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

Dated:  October 27, 2015

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/mp; cato0959.841tc